| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____  Chapter  11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    PPS 77 LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    83-3865319

**4. Debtor's address**

Principal place of business
433 East 76th Street
Second Floor
New York, NY 10075
Number, Street, City, State & ZIP Code

New York
County

Mailing address, if different from principal place of business
PO Box 157
Barryville, NY 12719
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor    **PPS 77 LLC**    Case number (*if known*) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       7521

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☐ No.
   - ☒ Yes.

   District  SDNY        When  12/26/24      Case number  24-12445
   District  _____  When  _____    Case number  _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  _____      Relationship  _____
    District  _____    When  _____    Case number, if known  _____

Debtor    PPS 77 LLC _____    Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**   Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☒ Other   Leasehold

**Where is the property?**   433 East 76th Street
New York, NY, 10075
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☒ Yes.   Insurance agency   Rovner Insurance Group
      Contact name   Certificate Department
      Phone   (561) 287-6279

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **PPS 77 LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 25, 2025
              MM / DD / YYYY

**X** /s/   Eric Brown                            Eric Brown
Signature of authorized representative of debtor   Printed name

Title  Manager

**18. Signature of attorney**

**X** /s/ H Bruce Bronson                        Date  March 25, 2025
Signature of attorney for debtor                         MM / DD / YYYY

H Bruce Bronson
Printed name

Bronson Law Offices PC
Firm name

480 Mamaroneck Ave
HarrisonHarrison, NY 10528
Number, Street, City, State & ZIP Code

Contact phone  (914) 269-2530     Email address  hbbronson@bronsonlaw.net

1679380 NY
Bar number and State

Fill in this information to identify the case:

Debtor name: PPS 77 LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brovha Capital LLC and Route 97 LLC c/o Backenroth Frankel & Krinsky, LLP 488 Madison Ave. Fl 23 10022 | | | Disputed | | | $1,680,272.41 |
| Con Edision 4 Irving Pl New York, NY 10003-3502 | | | Disputed | | | $0.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | Disputed | | | $104,458.97 |
| Koffsky Schwabb LLC 500 Seventh Ave., 8th Floor New York, NY 10018 | | | Disputed | | | $0.00 |
| New York State Department of Labor 1220 Washington Ave Building 12 Room 256 Albany, NY 12226 | | | Disputed | | | $22,225.27 |
| NYC Department of Buildings Oath/ECB violations New York, NY 10007 | | | Disputed | | | $0.00 |
| NYC Dept of Finance Office of Legal Affairs Collection Unit 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | | Disputed | | | $0.00 |

| Debtor | PPS 77 LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYS Dept. of Taxation and Finance Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205-0300 | | | Disputed | $161,684.27 | $0.00 | $161,684.27 |
| Route 97 Realty LLC 433 East 76th Street Second Floor New York, NY 10075 | | | | | | $0.00 |
| U.S. Small Business Administration 14925 Kingsport Rd Fort Worth, TX 76155 | | | Disputed | | | $0.00 |

Brovha Capital LLC and Route 97 LLC
c/o Backenroth Frankel & Krinsky, LLP
488 Madison Ave. Fl 23
10022


Con Edision
4 Irving Pl
New York, NY 10003-3502


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Koffsky Schwabb LLC
500 Seventh Ave., 8th Floor
New York, NY 10018


Mark Verzani, Esq.
369 Lexington Ave
New York, NY 10017


New York State Department of Labor
1220 Washington Ave
Building 12 Room 256
Albany, NY 12226


NYC Department of Buildings
Oath/ECB violations
New York, NY 10007


NYC Dept of Finance
Office of Legal Affairs Collection Unit
Brooklyn, NY 11201-3719


NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Route 97 Realty LLC
433 East 76th Street
Second Floor
New York, NY 10075


U.S. Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155

# United States Bankruptcy Court
## Southern District of New York

In re __PPS 77 LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __PPS 77 LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 25, 2025  
**Date**

/s/ H Bruce Bronson  
H Bruce Bronson  
Signature of Attorney or Litigant  
Counsel for __PPS 77 LLC__  
Bronson Law Offices PC  
480 Mamaroneck Ave  
HarrisonHarrison, NY 10528  
(914) 269-2530  Fax:(888) 908-6906  
hbbronson@bronsonlaw.net